The Law Office of
John Richard Bordallo Bell
341 S. Marine Corps Drive
RK Plaza Suite 309
Tamuning, Guam 96913
Tel: (671) 646-5722/3
Fax: (671) 646-5721
E-mail: john.r.b.bell@gmail.com
*Attorney for Plaintiff Nina M. Fejeran*


**FILED**
DISTRICT COURT OF GUAM
OCT 23 2015
JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NINA M. FEJERAN,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM PUBLICATIONS, INC., dba PACIFIC DAILIY NEWS and GANNETT CO., INC.,<br><br>Defendants. | CIVIL CASE NO. 15-00031<br><br>NOTICE OF DISMISSAL UNDER F.R.C.P RULE 41 (a)(1)(A) |

Pursuant to F.R.C.P Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff, Nina M. Fejeran, through her counsel, hereby serves notice that the above captioned case is voluntarily dismissed, with prejudice, against the Defendants.

Respectfully submitted this 23rd day of October, 2015.

John Richard Bordallo Bell,
*Attorney for Plaintiff*